30514. WRIGHT *v.* THE STATE.

MacINTYRE, J. The certiorari contains the general grounds only. The record discloses that the evidence for the State, if credible, was sufficient to support the verdict. The judge did not err in overruling the certiorari. *Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED JUNE 20, 1944. REHEARING DENIED JULY 28, 1944.

*Frank A. Bowers,* for plaintiff in error.

*Lindley W. Camp,* solicitor, *John A. Boykin,* solicitor-general, and *Durwood T. Pye,* contra.